UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WESTINGHOUSE ELECTRIC COMPANY LLC,** ) ) ) ) **Plaintiff,** ) ) v. ) ) **KOREA ELECTRIC POWER CORP.** *et al.*, ) ) **Defendants.** ) ) | Case No. 22-cv-3228 (APM) |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 26, Defendants' Motion to Dismiss, ECF No. 16, is granted.  This action is hereby dismissed.

This is a final, appealable order.

Dated:  September 18, 2023

Amit P. Mehta
United States District Court Judge