# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-7130**                         **September Term, 2024**

                                                  1:22-cv-03228-APM

                                 **Filed On: February 25, 2025** [2102528]

Westinghouse Electric Company, LLC,

       Appellant

    v.

Korea Electric Power Corp. and Korea
Hydro & Nuclear Power Co. Ltd.,

       Appellees

       **BEFORE:**     Srinivasan, Chief Judge; Henderson and Katsas, Circuit Judges

## O R D E R

Upon consideration of the joint stipulation for dismissal of appeal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

### Per Curiam

                                     **FOR THE COURT:**
                                     Clifton B. Cislak, Clerk

                     BY:     /s/
                                     Michael C. McGrail
                                     Deputy Clerk